ORIGINAL

FILED
IN COURT
CHARLOTTE, N. C.

JUL 2 7 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | DOCKET NO. 506CR44 |
| | ) | |
| v. | ) | ORDER TO SEAL INDICTMENT |
| | ) | |
| LARRY EUGENE MORRISON, ET AL. | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F.

Shappert, United States Attorney for the Western District of North Carolina, for an order

directing that the Motion to Seal and this Order and Indictment be sealed, to protect the secrecy

of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order and Indictment be

sealed until further order of this court.

This 27th day of _____July_____, 2006.

UNITED STATES MAGISTRATE JUDGE